UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATHALA M. MONTOYA,

          Plaintiff,

- against -

DEVRY COLLEGE OF NEW YORK,

          Defendant.
------------------------------------------------------------X

ORDER
10-CV-5830 (ENV)(LB)

**BLOOM, United States Magistrate Judge:**

    The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on March 16, 2011 at 2:30 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: February 15, 2011
       Brooklyn, New York

                                        LOIS BLOOM
                                        United States Magistrate Judge