Judge Eric N. Vitaliano        ORIGINAL

Dear judge:

I am requesting To postpone The pretrial conference on March 16, 2011 at 2:30PM. I need extra Time To find legal representation in court due To I am not an expert in These legal matters.

If you are familiar with my case you should know That I am actively looking for employment and Therefore I can not afford extravagant attorney fees as The dependant can. The Time I am requesting is To allow me To find a good lawyer who really cares for my cause and perhaps she or he will give a chance for my voice To be heard.

Can you please grant me at least Two months? The lawyer will need Time To get familiar with my case.

Thanks for your prompt attention To This matter!

Athalia M. Montoya

CC.   Paul Hugo Galligan
      Seyfarth Shaw LLP



RECEIVED
MAR 1 - 2011
PRO SE OFFICE