UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

INITIAL CONFERENCE

MAY 11, 2011

Case Name: <u>Montoya v. Devry College of New York</u>

Docket Number: <u>10-cv-5830</u>

Tick Numbers: _____
Total Time in Court: _____

**Plaintiff/Plaintiff's Counsel:**

Name: _Athala Montoya_

Address/Firm: _65-44 162nd ST APT 2L_
_Flushing, NY 11365_

Telephone: _347-574-0262_

☐ This is a new address.

**Defendant(s):**

Counsel: _Allison Ianni_
Firm Name: _Seyfarth Shaw LLP_

Counsel: _____
Firm Name: _____