UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ATHALA M. MONTOYA,

        Plaintiff,

-against-

DEVRY COLLEGE OF NEW YORK,

        Defendant.

-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 12 2011
BROOKLYN OFFICE

ORDER
10-CV-5830 (ENV)(LB)

**BLOOM, United States Magistrate Judge:**

    The parties write to request a settlement conference. (Docket entry 18.) The parties' request is granted. The Court shall hold a settlement conference on August 30, 2011 at 3:30 p.m. in Courtroom 11A South. Counsel for defendant must have someone with full settlement authority with her in court, or if that is not possible, available by telephone throughout the conference. Both plaintiff and defendants shall submit to the Court, by fax (718-613-2175), confidential settlement statements setting forth the legal and factual basis for their settlement positions and their most recent best faith demands and offers by August 26, 2011. Plaintiff and defendant are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be electronically filed at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: August 11, 2011
      Brooklyn, New York

