

620 Eighth Avenue

New York, New York  10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5562

Writer's e-mail
aianni@seyfarth.com

March 9, 2012

**BY ECF**

The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Athala Montoya v. DeVry University, No. 10-CV-5830 (E.D.N.Y) (ENV)(LB)</u>

Dear Judge Bloom:

    As you are aware, this Firm represents defendant DeVry University in the above-referenced action.  Discovery in this matter is set to close on March 15, 2012, and there is one deposition remaining to be completed, which was scheduled to take place today, March 9, 2012.  However, the undersigned is having a personal emergency that will require several days absence from the office and unable to attend the remaining deposition as scheduled.  As such, we would be grateful if the Court would grant a short two-week extension of the remaining deadlines in the Scheduling Order to permit the parties to reschedule and complete this outstanding deposition.

    The proposed revised schedule would be:

        Close of Discovery:  March 29, 2012

        Pre-Motion Conference Letters:  April 12, 2012

    This request is made with the consent of Plaintiff's counsel.  This is the parties' first request for an extension of the discovery schedule.  Thank you for considering this request.

LONDON   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA



The Honorable Lois Bloom
March 9, 2012
Page 2

        Respectfully submitted,

        SEYFARTH SHAW LLP

        */s/ Allison E. Ianni*

        Allison E. Ianni

cc:    Paul H. Galligan, Esq. (by ECF)
       William K. Phillips, Esq. (by ECF)
       Jesse Rose, Esq. (by ECF)