**SEYFARTH SHAW LLP**
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-6480

Writer's e-mail
joslick@seyfarth.com

May 21, 2012

**BY ECF**

The Honorable Margo K. Brodie
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Montoya v. DeVry College of New York*, 10-CV-5830 (MKB-LB)

Dear Judge Brodie:

      We represent DeVry University d/b/a DeVry College of New York ("DeVry") in the above-referenced action. We write, with Plaintiff's consent, pursuant to your order of April 30, 2012, directing the parties to inform the Court that discovery is complete, and setting a briefing schedule for DeVry's intended summary judgment motion.

      Discovery is largely complete. However, due to extenuating circumstances, a few small pieces remain outstanding. We expect this discovery to be complete in about a week, and will notify the Court when it is.

      In the meantime, we have agreed on a schedule for briefing summary judgment. Defendants' opening papers will be due on June 26, 2012. Plaintiff's opposition papers will be due on July 26, 2012. Defendants' reply papers will be due August 17, 2012.

                                      Respectfully submitted,

                                      SEYFARTH SHAW LLP

                                      Jacob Oslick

cc:    Michael F. Marino, Esq. (*by ECF*)
        Jesse Rose, Esq. (*by ECF*)
        William K. Phillips, Esq. (*by ECF*)

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

14484066v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK