**PHILLIPS & PHILLIPS**

ATTORNEYS AT LAW
30 Broad St. 35th FL.
New York, NY 10004
(212) 248-7431

May 31, 2012

**Via ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Montoya v. Devry College of New York
             Index No.: Index No.: 10-CV-5830 (ENV)(LB)

Dear Judge Bloom:

     We represent the Plaintiff in the above captioned suit and write jointly with Defendants to request that this case be referred to the Eastern District of New York's mediation program. We expect to mediate the case as quickly as possible and request that the briefing schedule for Defendants' Rule 56 motion be adjourned for thirty (30) days to permit the mediation to take place. Should Your Honor have any questions or concerns relating to this please do not hesitate to contact our office.

                                     Warmest Regards,

                                       /s/ Jesse Rose
                                     Jesse Rose (JR-2409)
                                        Of Counsel

Cc: Jacob Oslick, Esq. (Via ECF & Email)