UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X     10-CV-5830 (ENV)(LB)

ATHALA M. MONTOYA,

                       Plaintiff,     **STIPULATION**
                                            **OF DISCONTINUANCE**

   - against -

DEVRY COLLEGE OF NEW YORK,

                       Defendant.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims, cross-claims and counter-claims, is hereby discontinued with prejudice without costs to any party as against another.

Dated: New York, New York
          August 1, 2012

Seyfarth Shaw LLP                                    PHILLIPS & PHILLIPS, PLLC

By: /s/ Jacob Oslick                               By: /s/

Jacob Oslick                                           Jesse Rose (JR-2409)
*Attorneys for Defendants*                     *Attorneys for Plaintiff*
620 Eighth Avenue                            30 Broad Street, 35th Floor
New York, NY 10018                        New York, New York 10004
Telephone (212)218-6480                Telephone (347) 709-2584
Fax (917)344-1315                             Fax (800) 483-4508

SO ORDERED:

_____