UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ATHALA M. MONTOYA,

                          Plaintiff,

- against -

DEVRY COLLEGE OF NEW YORK,

                          Defendant.
---------------------------------------------------------------X

10-CV-5830 (ENV)(LB)

**STIPULATION
OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims, cross-claims and counter-claims, is hereby discontinued with prejudice without costs to any party as against another.

Dated: New York, New York
         August 1, 2012

Seyfarth Shaw LLP

By: _____

Jacob Oslick
*Attorneys for Defendants*
620 Eighth Avenue
New York, NY 10018
Telephone (212)218-6480
Fax (917)344-1315

PHILLIPS & PHILLIPS, PLLC

By: _____

Jesse Rose (JR-2409)
*Attorneys for Plaintiff*
30 Broad Street, 35th Floor
New York, New York 10004
Telephone (347) 709-2584
Fax (800) 483-4508

SO ORDERED:

s/MKB
_____
8/14/2012